■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YANCY HYDE, Appellant. — Appeal from a judgment of the County Court of Albany County (Clyne, J.), rendered May 6, 1980, convicting defendant upon his plea of guilty of two counts of the crime of robbery in the second degree. Judgment affirmed (see *People v Gibson,* 84 AD2d 885). Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.